```
                UNITED STATES DISTRICT COURT
                         FOR THE
                   DISTRICT OF VERMONT
```

Kirk Wool,                              :
      Plaintiff,                :
                                :
      v.                        : File No. 2:11 CV 188
                                :
Vermont Department of                   :
Corrections, Corrections                :
Corporation of America, and             :
Mark King,                              :
                                :
      Defendants.               :

<u>ORDER</u>

The Report and Recommendation of the United States Magistrate Judge was filed November 15, 2011. Plaintiff's objections were filed December 2, 2011.

A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *Perez-Rubio v. Wyckoff*, 718 F.Supp. 217, 227 (S.D.N.Y. 1989). The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations." *Id*.

After careful review of the file, the Magistrate Judge's Report and Recommendation and the objections, this Court ADOPTS the Magistrate Judge's recommendation in full denying without prejudice Plaintiff's preliminary injunction motion (Doc. 9).

Dated at Burlington, in the District of Vermont, this 22nd day of December, 2011.

/s/ William K. Sessions III  
William K. Sessions III  
Chief Judge
