```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                       DISTRICT OF VERMONT

Kirk Wool,                          :
        Plaintiff,                  :
                                    :
        v.                          : File No. 2:11 CV 188
                                    :
Vermont Department of               :
Corrections, Corrections            :
Corporation of America, and         :
Mark King,                          :
                                    :
        Defendants.                 :
```

                                ORDER

      The Report and Recommendation of the United States Magistrate Judge was filed April 6, 2012.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

      Plaintiff's motion to reinstate (Doc. 35) is GRANTED and the motions to dismiss (Doc. 32) and to strike (Doc. 44) are DENIED.  In addition, Plaintiff's motion to amend his Complaint to add a second retaliation claim (Doc. 47) is GRANTED and the motion for *in camera* review (Doc. 48) is DENIED.

      Dated at Burlington, in the District of Vermont, this 25th day of April, 2012.

                                      /s/ William K. Sessions III
                                      William K. Sessions III
                                      District Court Judge